940

No. 75–6661. TREFTZ v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 75–6664. BENNETT ET AL. v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 75–6666. HOHENSEE ET AL. v. GRIER ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–6669. MITCHELL v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 75–6673. PALMER v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–6678. MORGAN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 75–6679. ROBERTS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–6697. STARR v. GORSKI, EXECUTRIX. C. A. 3d Cir. Certiorari denied.

No. 75–6698. BALL v. SHAMBLIN. C. A. 5th Cir. Certiorari denied.

No. 75–6711. WHITE v. SUPERIOR COURT OF ARIZONA ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 75–1026. TYLER ET AL. v. VICKERY ET AL. C. A. 5th Cir. Motion of Atlanta Legal Aid Society, Inc., for leave to file a brief as amicus curiae granted. Certiorari denied.